AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TROY DUANE KAMPS,

                Petitioner,

                v.

MAGGIE MILLER-STOUT,

                Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-0283-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation to Deny Writ of Habeas Corpus (Ct. Rec. 29) is ADOPTED in its entirety.

| | |
|---|---|
| March 25, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Pam Howard |
| | *(By) Deputy Clerk* |
| | Pam Howard |